U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 0 1 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MARY BIRDSONG** | **CIVIL ACTION NO. 04-2466-A** |
| -vs- | **JUDGE DRELL** |
| **MERRILL LYNCH & CO INC., et al** | **MAGISTRATE JUDGE KIRK** |

### R U L I N G

Before the Court is a Motion for Summary Judgment filed by Plaintiff Mary Birdsong, M.D. (Doc. 34). Despite being given an additional 15 days to respond to the pending Motion, Defendant Citizens Group, LLC d/b/a Corporate Management Company, Ltd ("Citizens Group") did not file an opposition. After reviewing all pleadings, the Motion for Summary Judgment will be GRANTED.

In 1996 Dr. Birdsong hired Citizens Group and its principals to provide estate and tax planning services. (Doc. 34, Exh. 1). Citizens Group instructed Dr. Birdsong to transfer money to Citizens Group and affiliated entities to fund her retirement plan. (Doc. 34, Exh. 1). From 1997 to 1998, Dr. Birdsong transferred at least $717,184.80. (Doc. 34, Exh. 1). In May 1998, a portion of those funds was used to open a Merrill Lynch account in Monroe, Louisiana. (Doc. 34, Exh. 1). The account was opened in the name of Corporate Management Company, Limited and $225,567.00 was initially deposited into the account. (Doc. 34, Exh. 1). On

September 21, 1998, Dr. Birdsong terminated her relationship with Citizens Group and its affiliates. (Doc. 34, Exh. 1). She subsequently contacted Merrill Lynch, requesting the funds in the account be transferred to her. (Doc. 34, Exh. 1). Merrill Lynch refused to do so, even though all funds were either income she had transferred to the affiliated entities or income earned on that deferred income. (Doc. 34, Exh. 1).

Dr. Birdsong filed suit against Merrill Lynch and Citizens Group, seeking a judgment declaring her to be the sole owner of the funds in the Merrill Lynch account. (Doc. 1). Following several failed attempts to serve Citizens Group, the Court appointed Winston G. DeCuir, Jr. as counsel for Citizens Group. (Doc. 10). Merrill Lynch sought to deposit the disputed sum into the registry of the court through pleadings for interpleader and declaratory relief, asking also that its costs be reimbursed from the registry's funds.

We permitted Merrill Lynch to deposit funds in the amount of $264,888.56 into the registry of the court and discharged Merrill Lynch, Pierce, Fenner & Smith Incorporated from any liability with respect to the disputed funds. (Doc. 20). Approximately two months later, Merrill Lynch deposited an additional $358.81 into the registry of the court after a dividend was paid into the account. (Doc. 31). Merrill Lynch was again discharged from liability with respect to the new funds. (Doc. 31). Once Merrill Lynch was discharged of responsibility, the issue

remaining before us was the merits of Dr. Birdsong's claims to said funds and Merrill Lynch's request to have its costs paid from the funds. (Doc. 20).

Considering Dr. Birdsong's unchallenged affidavit, asserting her ownership of the funds currently in the registry of the court, there appears to be no genuine issue of material fact as to who is the rightful owner of the funds. Therefore, pursuant to Fed. R. Civ. P. 56(c), Dr. Birdsong is entitled to judgment as a matter of law.

In view of the award to Dr. Birdsong not exceeding the amount currently in the registry of the court, all of Dr. Birdsong's claims in this suit will be dismissed with prejudice and all claims by Merrill Lynch pending against Dr. Birdsong, Citizens Group, LLC and Corporate Management Company, Ltd. will be denied as moot. The dismissal will be without prejudice as to Dr. Birdsong's right to proceed against Citizens Group, LLC d/b/a Corporate Management Company, Ltd or other party to recover other sums invested by her with Citizens Group. The demands by Merrill Lynch for costs or other amounts to be paid from funds in the registry of the court will be denied.

SIGNED on this 31st day of May, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE