U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 2 6 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY BIRDSONG, M.D. | |
| Plaintiff, | CIVIL ACTION NO.: CV-04-2466-M |
| VERSUS | U.S. DISTRICT JUDGE DRELL |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED and CITIZENS GROUP, LLC d/b/a CORPORATE MANAGEMENT COMPANY, LTD. | U.S. MAGISTRATE JUDGE KIRK |
| Defendants. | |

## ORDER

Considering the foregoing Motion for Leave of Court to Pay Additional Account Proceeds to Plaintiff Mary Birdsong, submitted by Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch"),

**IT IS ORDERED** that the Motion be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that Merrill Lynch is hereby granted leave to pay directly to Plaintiff Birdsong the $1,236.04 currently held in account no. 584-07C37, and is granted leave to forward directly to Plaintiff Birdsong any additional deposits, proceeds of, or

63307

postings to, the account. Upon tender of said funds to Plaintiff Birdsong, Merrill Lynch, Pierce, Fenner & Smith Incorporated shall be **DISCHARGED** from any liability with respect to the funds, including liability for any interest accruing thereon which may attach to these funds.

Thus done and signed this 26th day of JULY, 2006 at ~~Monroe,~~ ALEXANDRIA, Louisiana.

_____
United States District Judge